# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 3, 2018

155889 (38)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

*In re* PETITION OF WAYNE COUNTY
TREASURER FOR FORECLOSURE.
_____

WAYNE COUNTY TREASURER,
          Petitioner-Appellee.

v

MOURICE NEAL,
          Respondent-Appellant.

SC:  155889
COA:  337847
Wayne CC:  16-007539-CH

_____/

On order of the Court, the motion for reconsideration of this Court's March 27, 2018 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 3, 2018



Clerk

t0625